IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMENIC COIA** : | |
| : | **CIVIL ACTION** |
| Petitioner, : | |
| : | |
| v. : | |
| : | **NO. 22-1986** |
| **MICHAEL ZAKEN, et al.** : | |
| : | |
| Respondents. : | |

### ORDER

**AND NOW**, this 12th day of September, 2023, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition (Doc. No. 10), Peitioner's Reply Brief (Doc. Nos. 11 & 12), the August 10, 2023 Report and Recommendation of United States Magistrate Judge Pamela A. Carolos, to which there are no objections by Petitioner, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE** to allow Petitioner the opportunity to exhaust his state court remedies.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**